UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANTHONY T. WINSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LT. HOMES, et al.,<br><br>　　　　　Defendants. | 1:24-cv-00824-HBK (PC)<br><br>ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>30-DAY DEADLINE |

Plaintiff—a federal prisoner—initiated this action by filing a *pro se* complaint pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971) on July 17, 2024.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.  If Plaintiff fails to timely comply with this order, or request an extension by showing good cause, the undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action.

Dated:　　July 18, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE