UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANTHONY WINSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LT. HOMES, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-0824 JLT HBK<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION AS MOOT<br><br>(Doc. 9) |

　　　LeAnthony Winston requests the Court alter or amend the Findings and Recommendations dated August 27, 2024, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. (Doc. 9.) However, the Court issued an amended ruling on September 30, 2024, indicating: "These Amended Findings and Recommendations supersede and moot the Findings and Recommendations issued on August 27, 2024." (Doc. 10 at 1, n.1.) Because the identified ruling was amended, Plaintiff's request under Rule 59 (Doc. 9)—construed as motion for reconsideration—is denied as **MOOT**.

IT IS SO ORDERED.

　　Dated: __**October 30, 2024**__　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1