UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANTHONY T. WINSTON,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN OF U.S.P ATWATER, et al.,<br><br>Defendants. | Case No.  1:24-cv-0824 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Docs. 8, 10, and 11) |

LeAnthony T. Winston seeks to hold the defendants liable for violations of his civil rights while housed at United States Penitentiary, Atwater. (*See generally* Doc. 1.) Plaintiff requests to proceed *in forma pauperis* in this action. The magistrate judge found that "Plaintiff has three or more qualifying strikes" under 28 U.S.C. § 1915. (Doc. 10 at 5, emphasis omitted.) The magistrate judge noted that Plaintiff's complaint "centers on the wrongful taking of his property, placement in the security housing unit, and alleged interference with his filing of an appeal regarding his petition for writ of habeas corpus." (*Id.* at 6.) The magistrate judge found that these allegations "do not by their nature imply an imminent danger of serious physical injury, nor does Plaintiff allege any facts that articulate a risk of imminent physical danger." (*Id.*) Therefore, the magistrate judge found the imminent danger exception to Section 1915 and recommended the motion to proceed *in forma pauperis* be denied. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that

any objections were due within 14 days. (Doc. 10 at 6-7.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 7, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file any objections and the time to do so has passed. *See* docket. However, Plaintiff filed a second motion to proceed *in forma pauperis* on October 11, 2024. (Doc. 11.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Because Plaintiff is subject to the three-strike bar and fails to satisfy the imminent danger exception, his second motion to proceed *in forma pauperis* is also denied. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on September 30, 2024 (Doc. 10) is **ADOPTED** in full.
2. Plaintiff's pending motions to proceed *in forma paupers* (Docs. 8, 11) are **DENIED.**
3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $405.00 filing fee if he wishes to proceed with his action.

**Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **October 30, 2024**

UNITED STATES DISTRICT JUDGE