1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

LEANTHONY T. WINSTON,

Case No. 1:24-cv-00824 JLT HBK (PC)

12

Plaintiff,

ORDER DIRECTING PLAINTIFF TO PAY
THE FILING FEE WITHIN 21 DAYS

13

v.

14

LT. HOMES, OFFICER GONZALES, and
OFFICER KANTUA,

15

Defendants.

16
17

Seven months ago, the Court ordered Plaintiff to pay the filing fee in this action, denied

18

reconsideration of its order, and directed Plaintiff to pay the filing fee. (Docs. 13, 15.)  Plaintiff

19

appealed the order denying reconsideration to the Ninth Circuit Court of Appeals, which

20

dismissed his appeal. (Doc. 19.)

21

The filing fee must be paid for this action to proceed. *See Saddozai v. Davis*, 35 F.4th

22

705, 709 (9th Cir. 2022).  Accordingly, the Court **ORDERS** that Plaintiff **SHALL** pay the filing

23

fee within 21 days.  Failure to do so will result in dismissal of the action. Based upon the amount

24

of time that has passed since the Court ordered payment of the filing fee, the Court will not

25

entertain any requests for extensions of time to pay the fee.

26
27

IT IS SO ORDERED.

28

Dated:   **May 23, 2025**

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28